# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 30, 2018

Ms. Carmen Castillo Mitchell
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana Street
Suite 2300
Houston, TX 77002

        No. 18-40270    Alfred Bourgeois
                        USDC No. 2:07-CV-223
                        USDC No. 2:02-CR-216

Dear Counsel:

At the Court's directive, you are requested to file a response to
the Movant's Motion to file successive petition to be filed in
this office on or before April 16, 2018.  There is no page limit
to your response.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Amanda Sutton-Foy, Deputy Clerk
                        504-310-7670

cc:  Mr. Victor Julio Abreu Jr.