IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT


In re:  ALFRED BOURGEOIS,        §
      Movant                                        §    No. 18-40270


UNITED STATES UNOPPOSED MOTION FOR 30-DAY
EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE TO
MOVANT'S MOTION FOR AUTHORIZATION TO FILE A
SUCCESSIVE PETITION UNDER 28 U.S.C. § 2255

The United States of America, Plaintiff-Appellee, by the United States Attorney for the Southern District of Texas, respectfully moves for an unopposed 30-day extension of time, to and including May 16, 2018, to respond to Movant Alfred Bourgeois' "Motion for Order Authorizing the Southern District of Texas to Consider a Successive Petition Under 28 U.S.C. § 2255." In support thereof, the United States would show the Court the following:

1.   On March 28, 2018, Movant Alfred Bourgeois (Bourgeois) moved this Court for authorization to file a successive 28 U.S.C. § 2255 petition.  The chronological history of this prosecution is the following:

(a) On March 24, 2004, with a unanimous jury verdict, Bourgeois was convicted of capital murder and sentenced to death in *United States*

*v. Alfred Bourgeois,* No. 2:02-cr-216, for the murder of his two-and-one-half year old daughter on the grounds of the Corpus Christi Naval Air Station.

(b) This Court affirmed Bourgeois' conviction and sentence on August 25, 2005. *United States v. Alfred Bourgeois,* 423 F.3d 501 (5th Cir. 2005). The Supreme Court denied certiorari review on May 15, 2006. *Bourgeois v. United States,* 547 U.S. 1132, 126 S. Ct. 2020 (2006).

(c) On May 14, 2007, Bourgeois filed a lengthy motion for relief pursuant to 28 U.S.C. § 2255 or, in the alternative, 28 U.S.C. § 2241, and an extensive memorandum of law. The district court liberally allowed Bourgeois to develop a factual basis for his post-conviction claims, including through the presentation of testimony and evidence in several hearings.

(d) The district court entered a comprehensive order denying relief on May 19, 2011. *United States v. Bourgeois,* No. 2:07-cv-223, 2011 W.L. 1930684, at *1-78 (S.D. Tex. May 19, 2011).

(e) This Court denied Bourgeois' application for a certificate of appealability (COA) by written opinion on August 5, 2013, finding that Bourgeois had not made substantial showing of denial of constitutional

right. *United States v. Bourgeois,* 537 F. App'x 604 (5th Cir. 2013). The Supreme Court denied certiorari review on October 6, 2014. *United States v. Bourgeois,* 135 S. Ct. 46 (2014).

On March 27, 2018, Bourgeois filed a successive Motion to Vacate under 28 U.S.C. § 2255 in the district court. (D.Ct. Docket 682). Bourgeois moved this Court on March 28, 2018, for authorization to file a successive petition.

On March 30, 2018, this Court ordered the United States to respond on or before April 16, 2018. At present, there is no scheduled execution date.

2. In his motion for authorization to file a successive petition under 28 U.S.C. § 2255, or alternatively under 28 U.S.C. § 2241, Bourgeois contends that he is mentally disabled and entitled to relief under *Atkins v. Virginia,* 536 U.S. 304 (2002). Bourgeois acknowledges that the district court comprehensively addressed his *Atkins* challenge on his first § 2255 petition, and that this Court has affirmed the district court's order. Bourgeois nevertheless contends that the district court's application of the *Atkins* rule, and the precedent on which it relied, were abrogated by the Supreme Court's recent decision in *Moore v. Texas,* 137

S. Ct. 1039 (2017). Bourgeois contends that the district court refused to apply the *Atkins* rule according to the current clinical standards previously unavailable to him.

3. The lead appellate AUSAs on Bourgeois' capital murder prosecution and sentencing, his direct criminal appeal, the initial § 2255 petition, as well as at the comprehensive 2010-2011 evidentiary hearings/determinations, were AUSAs Tony Roberts and Mark Dowd, both of whom are no longer employed by the U.S. Attorney for the Southern District of Texas. Bourgeois' successive § 2255 petition filed in the district court on March 27, 2018, and his request for authorization from this Court to proceed on the successive petition filed on March 28, 2018, pursuant to 28 U.S.C. § 2255(h), recently were assigned to the undersigned for the first time on or around April 3, 2018. Accordingly, the undersigned at this time is working diligently to attain a working knowledge of the record, the evidence, and all relevant arguments presented to, considered, and analyzed by the district court and this Court. The undersigned has obtained the relevant transcripts and documentary evidence. Having obtained the aforementioned transcripts,

counsel is the process of assimilating record and understanding the case in order to prepare a cogent and comprehensive response.

4. In interim period between April 3 and today's date, April 9, 2018, the undersigned has diligently worked to prepare the Appellee's brief in *United States v. Roy Lee Robertson*, No. 17-41072, which is due on April 16, 2018. The undersigned has completed the Appellee's brief in *Robertson* and is finalizing that brief for filing. The undersigned also has due on a 30-day extension, to and including April 23, 2018, the Appellee's brief in *United States v. Abraham Hernandez,* No. 17-20521. The undersigned's brief is substantially complete and is being finalized for filing. Additionally, the appeal briefed by the undersigned in *United States v. Halverson,* No. 17-40661, is scheduled for oral argument on May 1, 2018. *Halverson* raises a very complex restitution issue in light of *Paroline v. United States,* ___ U.S. ___, 134 S. Ct. 2710 (2014), and addresses the Supreme Court's recent decision in *Packingham v. North Carolina,* ___ U.S. ___, 137 S. Ct. 1730 (2017).

5. Bourgeois was convicted of capital murder and was sentenced to death. The undersigned makes this request for a 30-day extension to

ensure accuracy, precision, and completeness, in her analysis and briefing and for not purposes of delay.

6.   Mr. Victor Abreu, counsel for Bourgeois, is unopposed to this extension request.

For these reasons, the United States respectfully requests that its response date be extended to and including May 16, 2018.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

CARMEN CASTILLO MITCHELL
Chief, Appellate Division

s/ Paula Offenhauser
PAULA OFFENHAUSER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Paula C. Offenhauser, hereby certify that on April 9, 2018 an electronic copy of the United States' Unopposed Motion for Extension of Time to File Appellee's Brief was served by notice of electronic filing via the Court's CM/ECF system upon opposing counsel, Mr. Victor Abreu.

s/ Paula C. Offenhauser<br>
PAULA C. OFFENHAUSER<br>
Assistant United States Attorney

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 970 words, excluding any parts exempted by Fed. R. App. P. 27(a)(2)(B).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3. This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5. This document has been scanned for viruses with the most recent version of McAfee Endpoint Security scanning program and is free of viruses.

 s/ Paula C. Offenhauser
PAULA C. OFFENHAUSER
Assistant United States Attorney

Dated: April 9, 2018