# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————————

No. 18-40270

———————————

In re:  ALFRED BOURGEOIS,

    Movant

———————————

Motion for an order authorizing
the United States District Court for the
Southern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

———————————

O R D E R:

IT IS ORDERED that the motion of the United States of America for an extension of 30 days, or, to and including May 16, 2018, to file the response/opposition to the motion for authorization to file a successive petition is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT