In re:  ALFRED BOURGEOIS, §
     Movant, §
vs. § No. 18-40270
  §
United States of America, §
     Appellee.

**UNITED STATES UNOPPOSED MOTION FOR AN ADDITIONAL 27-DAY UNOPPOSED EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE TO MOVANT'S MOTION FOR AUTHORIZATION TO FILE A SUCCESSIVE PETITION UNDER 28 U.S.C. § 2255**

The United States of America, Plaintiff-Appellee, by the United States Attorney for the Southern District of Texas, respectfully moves for an unopposed 27-day extension of time, to and including June 27, 2018, to respond to Movant Alfred Bourgeois' "Motion for Order Authorizing the Southern District of Texas to Consider a Successive Petition Under 28 U.S.C. § 2255."

1.    On March 27, 2018, Bourgeois filed a second or successive petition in the district court, pursuant to 28 U.S.C. § 2255, arguing that he is intellectually disabled/mentally retarded and that, based on the Supreme Court's holding in *Atkins v. Virginia,* 536 U.S. 302 (2002), his execution is categorically barred under the Eighth Amendment.  (D.Ct.

1

Docket 682). Bourgeois contemporaneously moved in this Court, on March 28, 2018, for authorization to file a successive petition in the district court, pursuant to 28 U.S.C. § 2244(b)(3)(C) and 28 U.S.C. § 2255(h)(2).

2. The United States' response was originally due on April 16, 2018, approximately two weeks after Bourgeois filed his motion. This Court originally granted the undersigned a 30-day extension of time to respond to Bourgeois' motion and an additional 15-day extension, to and including May 31, 2018, based on the undersigned's request due to the complexity of the issue(s) and the volume of the record. The record in this appeal includes more than 6,000 pages of post-conviction and sentencing pleadings, documentary evidence, and transcripts of in-court and deposition medical expert medical testimony for the September 2010 evidentiary hearing, in connection with Bourgeois' claim that he is a mentally disabled/mentally retarded individual and, accordingly, his execution is prohibited by the Eighth Amendment, in light of *Atkins v. Virginia,* 536 U.S. 302 (2002), *Hall v. Florida,* 134 S. Ct. 1986 (2014), and *Moore v. Texas,* 137 S. Ct. 1039 (2017).

2

3. During the 15-day extension period, the undersigned expeditiously completed and filed her brief in *United States v. Alhan Sanchez,* No. 17-40961, on May 18, 2018 (due on May 21, 2018), for purposes of concentrating her attention and efforts on Mr. Bourgeois' motion. However, on May 16, 2018, this Court issued its published decision in *United States v. Davila,* No. 16-20081, ___ F.3d ___, 2018 WL 2246180 (5th Cir. May 16, 2018), recalling the mandate in that appeal, based solely on this Court's decision and the intervening change of law in *United States v. Herrold,* 833 F.3d 517 (5th Cir. 2018) (en banc). The United States petitioned for a writ of certiorari in *Herrold* on April 18, 2018 (No. 17-1445), and at present is preparing its response to *Davila,* which is due on May 29, 2018.

On May 17, 2018, this Court issued a court directive in *United States v. Joel Sanchez, Jr.,* No. 14-40312, an appeal briefed by and assigned to undersigned, ordering the undersigned to file a response to Defendant-Appellant Sanchez's motion to recall the mandate "by no later than May 29, 2018," addressing, among other things, recalling the mandate in *Davila,* No. 16-20081. This Court denied the United States' request to extend its response time in *Davila,* No. 16-20081. Accordingly,

3

the undersigned has been working consistently and diligently, including uncompensated overtime, to comply with this Court's directive in *Sanchez,* No. 14-40312, and meet the May 29, 2018, deadline.

4. The undersigned's request for this additional 27-day extension is not for purposes of delay, but to ensure the accuracy and completeness of her final work product. The undersigned is scheduled to be out of the country on June 2 through June 9, 2018, and on June 28, 2018, through July 12, 2018. During the interim period between June 9 and June 28, 2018, the undersigned's intent is to focus exclusively on preparing and finalizing the United States' response to Mr. Bourgeois' request for authorization to file a successive 28 U.S.C. § 2255 petition in light of *United States v. Moore,* 137 S. Ct. at 1039. During the initial and extended briefing period, the undersigned has worked considerable uncompensated overtime after hours and during the weekends on reviewing and digesting this record and the applicable law and will continue to do so as is reasonably possible.

5. Mr. Bourgeois has no pending execution date. Mr. Victor Abreu, counsel for Bourgeois, is unopposed to this extension request.

For these reasons, the United States respectfully requests that its response date be extended to and including June 27, 2018.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

CARMEN CASTILLO MITCHELL
Chief, Appellate Division

s/ Paula Offenhauser
PAULA OFFENHAUSER
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002
(713) 567-9000

ATTORNEYS FOR APPELLEE

**CERTIFICATE OF SERVICE**

I, Paula C. Offenhauser, hereby certify that on May 24, 2018, an electronic copy of the United States Unopposed Motion for an Additional 27-Day Unopposed Extension of Time to File Appellee's Response to Movant's Motion for Authorization to File a Successive Petition Under 28 U.S.C. § 2255 was served by notice of electronic filing via the Court's CM/ECF system upon opposing counsel, Victor J. Abreu.

s/ Paula C. Offenhauser
PAULA C. OFFENHAUSER
Assistant United States Attorney

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 752 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Century School Book, 14-point font for text and 12-point font for footnotes.

3. This brief complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This brief complies with the electronic submission of 5th Cir. R.25.2.1, because it is an exact copy of the paper document.

5. This brief has been scanned for viruses with the most recent version of McAfee Endpoint Security scanning program and is free of viruses.

s/Paula C. Offenhauser
PAULA C. OFFENHAUSER
Assistant United States Attorney
