# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 29, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-40270   In re: Alfred Bourgeois
                 USDC No. 2:07-CV-223
                 USDC No. 2:02-CR-216

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Victor Julio Abreu Jr.
Ms. Carmen Castillo Mitchell
Ms. Paula Camille Offenhauser