# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-40270
_____

In re:  ALFRED BOURGEOIS,

      Movant

_____

Motion for an order authorizing
the United States District Court for the
Southern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

_____

O R D E R:

    IT IS ORDERED that the motion of the United States of America for an extension of 27 days, or, to and including June 27, 2018, to file the response/opposition to the motion for authorization to file a successive petition is GRANTED.  No further extensions will be granted.  The court asks that the United States Attorney be advised of the delays.

                    LYLE W. CAYCE, CLERK
              United States Court of Appeals
                  for the Fifth Circuit
                  /s/ Lyle W. Cayce__

        ENTERED AT THE DIRECTION OF THE COURT