# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 03, 2018

Mr. Victor Julio Abreu Jr.
Federal Commmunity Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Curtis Center
Suite 545 West
Philadelphia, PA 19106-0000

    No. 18-40270   In re: Alfred Bourgeois
                    USDC No. 2:07-CV-223
                    USDC No. 2:02-CR-216

Dear Mr. Abreu,

We received your Reply in Support of Motion for Leave to File
Successive. We are taking no action on this document because leave
of the court is required.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Monica R. Washington, Deputy Clerk
                  504-310-7705

cc:  Ms. Carmen Castillo Mitchell
     Ms. Paula Camille Offenhauser