No. 18-40270

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**ALFRED BOURGEOIS,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**

---

Petitioner's Motion for Leave to File Reply to Government's Response to Motion for Leave to File Successive § 2255 Petition in the United States District Court for the Southern District of Texas

---

<div style="margin-left:50%">

Victor J. Abreu
Stuart Patchen
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Victor_Abreu@fd.org
Stuart_Patchen@fd.org

Counsel for Petitioner

</div>

Dated: July 3, 2018

Petitioner, Alfred Bourgeois respectfully moves for leave to file a Reply to Government's Response to Petitioner's Motion for Leave to File Successive § 2255 Petition in the United States District Court for the Southern District of Texas and in support states as follows:

1. On March 28, 2018, Alfred Bourgeois filed a Motion for Order Authorizing the Southern District of Texas to Consider a Successive Petition under 28 U.S.C. § 2255.

2. On June 26, 2018, the government filed a response opposing that motion.

3. On July 3, 2018, Mr. Bourgeois submitted a reply pursuant to Federal Rule of Appellate Procedure 27(a)(4). On this same date, the Clerk of Court informed counsel for Mr. Bourgeois that leave is required for a reply to be filed. *See* Doc. No. 00514540262.

4. Accordingly, due to the complexity of the issues and the extensive record in this capital case, Mr. Bourgeois seeks leave to file a reply addressing the government's arguments.

5. This reply is intended to assist the Court in its consideration of the important and complicated issues presented by this capital case.

For the reasons set forth above, Mr. Bourgeois respectfully requests that this Court grant his Motion for Leave to File Reply to Government's Response to Motion for Leave to File Successive § 2255 Petition in the United States District Court for the Southern District of Texas.

Respectfully submitted,

/s/ Victor J. Abreu
Victor J. Abreu
Stuart Patchen
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Victor_Abreu@fd.org
Stuart_Patchen@fd.org

Counsel for Petitioner

## Certificate Of Service

I, Victor J. Abreu, hereby certify that on the 3rd day of July, 2018, I served the foregoing on the following persons by ECF:

Carmen Castillo Mitchell, Esq.
United States Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, TX 77002-5010

Paula C. Offenhauser, Esq.
United States Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, TX 77002-5010

Counsel for Respondent/Appellee

/s/ Victor J. Abreu
Victor J. Abreu