# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-40270
_____

In re: ALFRED BOURGEOIS,

     Movant

_____

Motion for an order authorizing
the United States District Court for the
Southern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

_____

O R D E R:

     IT IS ORDERED that Movant's motion for leave to file a reply in support of

the motion for authorization to file a successive petition is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT