# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 23, 2018

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

        No. 18-40270    In re: Alfred Bourgeois
                        USDC No. 2:07-CV-223
                        USDC No. 2:02-CR-216

Dear Mr. Bradley,

Enclosed is a certified copy of an opinion-order entered on August
23, 2018.  We have closed the case in this court.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Erica A. Benoit, Deputy Clerk

Enclosure(s)

cc:  Mr. Victor Julio Abreu Jr.
     Ms. Carmen Castillo Mitchell
     Ms. Paula Camille Offenhauser